LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

**HENDRON LAW GROUP LLC**
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAUN CARR,<br><br>Defendant. | Case No. 2:16-cr-00146-APG-GWF<br>**ORDER**<br>AMENDED STIPULATION TO EXTEND RESPONSE DEADLINE TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE SENTENCE [ECF NO. 32]<br><br>(FIRST REQUEST) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, DESHAUN CARR, by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Elizabeth White, Assistant United States Attorney, that the due date for the Defendant's Response to Government's Response in Opposition to Defendant's Motion to Vacate Sentence [ECF No. 32], filed on July 10, 2020, be extended seven (7) days from July 24, 2020 to July 31, 2020.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence [ECF No. 32], filed on July 10, 2020.
2. The parties agree to the continuance.
3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

4. This is the first stipulation to be filed herein.

DATED this _30th_ day of July, 2020.

Respectfully Submitted,

_/s/ Lance Hendron___________
Lance J. Hendron, Esq.
Attorney for Defendant

_/s/ Elizabeth White___________
Nicholas Trutanich,
United States Attorney
Elizabeth White,
Assistant United States Attorney

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
HENDRON LAW GROUP LLC
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAUN CARR,<br><br>Defendant. | CASE No. 2:16-cr-00146-APG-GWF |
|---|---|

**FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel for Defendant needs additional time to respond to Government's Response in Opposition to Defendant's Motion to Vacate Sentence filed on July 10, 2020.
2. The parties agree to the continuance.
3. The additional time requested by this Stipulation is made in good faith and not for the purposed of delay.
4. This is the first stipulation to be filed herein.

**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Tel (702) 758-5858 • Fax (702) 387-0034

AMENDED ORDER

**IT IS HEREBY ORDERED** that the Defendant herein shall have to and including July 31, 2020, to file any and all Reponses to Government's Response in Opposition to Defendant's Motion to Vacate Sentence.

**IT IS FURTHER STIPULATED AND AGREED,** by and between parties, that the Government shall have to and including August 7, 2020, to file any and all replies.

Dated: July 30, 2020.

_______________________________
UNITED STATES DISTRICT JUDGE